**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TOM WITHERS, III,**                                        **CIVIL ACTION**
**Plaintiff**


**v.**                                                        **NO.:  1:24-cv-218-SA-RP**

**CITY OF ABERDEEN**
**Defendant**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM**
**RESPONSE**

COMES NOW, Plaintiff Tom Withers, III, by and through undersigned counsel, pursuant to Local Uniform Civil Rule 7(b) and moves for leave to file corrected memoranda responses stating:

1.      Upon review, and in accordance with this Honorable Court's Show Cause Order (ECF 110), the undersigned counsel identified two hallucinated citations, resulting from unverified AI-generated research. The undersigned notes that one of the two hallucinated citations is in ECF 105 also appears in ECF 108-1.

2.      To ensure strict compliance with this Honorable Court's Order and in furtherance of each attorney's duty of candor to the Court, the undersigned caused to be conducted a thorough analysis of each proposition and citation contained in Plaintiff's filings since the Middle District of Louisiana transferred the case to this Court. In this pursuit, the undersigned counsel identified additional inaccuracies in certain citations contained in Plaintiff's other filings. A matrix reflecting review of all of Plaintiff's pleadings for accuracy is attached hereto as Exhibit 1.

3.      Plaintiff seeks leave to correct these hallucinations and inaccuracies to ensure the accuracy of representations to the Court. If permitted, corrections would be made to ECF 65,[1] 72,[2] 81,[3] 96,[4] 102,[5] 105,[6] 108,[7] and 108-1,[8] and refiled in accordance with this Honorable Court's rule and any additional instructions. True and correct copies of the proposed corrections are attached hereto as Exhibits 2 – 9.

4.      The proposed corrected pleadings contain corrections only to the citations therein to further the undersigned's duty of candor to the Court and ensure the legal contentions are warranted by existing law.

6.      Plaintiff does not object to Defendant filing a supplemental reply, if requested.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests leave to file corrected briefs and memoranda and seeks any such further relief this Honorable Court deems proper.

Respectfully submitted on this the 24th day of December, 2025.

/s/ Shauncey Hunter Ridgeway
Shauncey Hunter Ridgeway, MSB No. 105189 (local counsel)

Attorney for Plaintiff Tom Withers, III

---

[1] ECF 65 is *Plaintiff's Memorandum in Support of Plaintiff's Opposition to Defendant's Motion for Leave to File Out of Time Original Answer and Affirmative Defenses.*
[2] ECF 72 is *Plaintiff's Motion for Summary Judgment for Failure to Respond to Request for Admissions.*
[3] ECF 81 is *Plaintiff's Reply in Support of His Motion for Summary Judgment and in Opposition to the City of Aberdeen's Alternative Request for Relief Under Rules 36(b) and 6(b)(1)(b).*
[4] ECF 96 *Plaintiff's Rule 72(a) Objection to Magistrate Judge's Order Setting Aside Entry of Default.*
[5] ECF 102 is *Plaintiff's Memorandum in Opposition to Defendant's Motion Challenging the Reasonableness of Attorney Fees.*
[6] ECF 105 is *Plaintiff Tom Withers, III's Opposition to Defendant City of Aberdeen's Motion for Summary Judgment.*
[7] ECF 108 is *Plaintiff's Motion for Leave to File Surreply in Opposition to Defendant's Motion for Summary Judgment.*
[8] ECF 108-1 is *Plaintiff's (proposed) Response to Defendant's Sur-reply in Support of its Motion for Summary Judgment.*

**OF COUNSEL:**
CHRISTIAN & SMALL LLP
603 Duling Ave., Ste. 204
Jackson, MS 39216
Telephone: (601) 427-4050
Facsimile: (601) 707-7913
shridgeway@csattorneys.com
Attorneys for Tom Withers, III (Local Counsel)

**WILSON LAW FIRM, LLC**
1762 Dallas Dr,
Baton Rouge, LA 70806
Telephone: (225) 9238237
wilsonlawfirmllc@gmail.com (pro hac vice)

*Attorneys for Tom Withers, III*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 24th day of December 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic system and by depositing same in the United States Mail, postage prepaid, and/or facsimile, and/or e-mail transmission of this date.

*/s/ Shauncey Hunter Ridgeway*
OF COUNSEL