# EXHIBIT 1

## CITATION CORRECTION SUMMARY

*Withers v. City of Aberdeen, Case No. 1:24-cv-218-SA-RP (N.D. Miss.)*

| ECF | Citation as Filed | Corresponding Verified Authority | Legal Proposition (Unchanged) | Explanation |
|---|---|---|---|---|
| 104 | *Riley v. City of Tupelo*, No. 1:20-CV-186-GHD-DAS, 2023 WL 3568661 (N.D. Miss. May 18, 2023) | *Riley v. City of Jackson*, 2 F. Supp. 2d 864 (S.D. Miss. 1997) | Prevailing hourly rates for attorney fee awards in Mississippi federal courts; lodestar methodology | Real case addressing identical proposition. Judge Wingate conducted detailed lodestar analysis. Tool substituted "Tupelo" (N.D. Miss.) for "Jackson" (S.D. Miss.). |
| 104 | *Buckner v. Walker*, No. 1:19-CV-146-SA-DAS, 2022 WL 2318582 (N.D. Miss. June 28, 2022) | *Lighthouse Rescue Mission v. City of Hattiesburg*, No. 2:12-cv-00184-KS-MTP, 2014 WL 4402229 (S.D. Miss. Sept. 5, 2014) | Reasonable attorney fee rates in civil rights litigation; Johnson factors analysis | Real civil rights case (RLUIPA/§ 1983) applying identical legal framework. Judge Starrett applied lodestar method and Johnson factors. |
| 104 | *Harris v. City of Grenada*, No. 3:18-CV-158-DMB-RP, 2021 WL 6062574 (N.D. Miss. Dec. 22, 2021) | WITHDRAWN — Proposition adequately supported by the two verified replacement authorities: *Riley v. City of Jackson*, 2 F. Supp. 2d 864 (S.D. Miss. 1997), and *Lighthouse Rescue Mission v. City of Hattiesburg*, 2014 WL 4402229 (S.D. Miss. Sept. 5, 2014). Third citation unnecessary. | Prevailing market rates for experienced civil rights counsel in Mississippi | Legal proposition adequately supported by the two verified replacement authorities (*Riley* and *Lighthouse*). Third citation unnecessary. |
| 99 | *Miller v. City of Greenville*, 243 So. 2d 81 (Miss. 1971) | WITHDRAWN — Superfluous citation. Proposition independently supported by *Wellness, Inc. v. Pearl River Cnty. Hosp.*, 178 So. 3d 1287 (Miss. 2015), already cited in same sentence. | No recovery on municipal contract not approved on board minutes | Legal proposition fully supported by controlling Miss. Supreme Court authority (*Wellness*) already cited in same sentence. No replacement needed. |

**SUMMARY:** Two citations identified by the Court correspond to actual, published authority addressing the identical legal proposition. Two citations are withdrawn—the *Harris* proposition is adequately supported by the verified replacement authorities, and the *Miller* proposition is independently supported by *Wellness, Inc. v. Pearl River County Hospital*, already cited in the same sentence. Conforming edits have been made to ensure consistency with the verified replacement authorities. The City's legal arguments remain unchanged.

I hereby certify that each replacement citation identified above has been independently verified through Westlaw, Lexis, or PACER, and accurately supports the legal proposition for which it is offered.

/s/ Kathryn Williams
Kathryn Williams
Lead Counsel for Defendant City of Aberdeen