IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOM WITHERS, III                                                                        PLAINTIFF

v.                                                                  CIVIL ACTION NO. 1:24-CV-218-SA-RP

CITY OF ABERDEEN                                                                   DEFENDANT

ORDER

Before the Court is Kathryn Williams' (one of the Defendant's attorneys) Motion for Leave to Appear by Videoconference at Show Cause Hearing or, in the Alternative, for Brief Continuance [114]. In the Motion [114], Williams requests to appear at the show cause hearing scheduled on January 6, 2026 via videoconference or, alternatively, that the hearing be continued. The Motion [114] states that Williams "has a previously scheduled federal court appearance on January 6, 2026 at 10:00 AM Eastern Time" in another case. The Court notes that the Motion [114] does not provide any information nor documentation relative to the conflicting court appearance. The Court additionally notes that it entered the Notice of Hearing [111] on December 10, 2025. Williams has provided no explanation as to why she waited approximately three weeks to request this relief.

The Court's preference is that all attorneys of record, including Williams, appear in person at the show cause hearing. Therefore, the request to appear via videoconference is denied. Regarding the alternative relief requested, this Court typically requires that documentation be provided regarding any conflict with scheduled proceedings before it will grant a request for a continuance. Given the late nature of Williams' filing, however, the Court will grant a brief continuance of the hearing.

The hearing is hereby rescheduled to **January 20, 2026 at 2:30 PM, Courtroom 1, 301 West Commerce Street, Aberdeen, MS 39730**. A formal Notice in this regard will follow. Further, Williams is directed to provide the Court with (1) a copy of documentation verifying her conflicting court appearance on the previously scheduled hearing date and (2) an explanation as to why there was

a delay in the requested relief. She shall file a response providing that information no later than January 6, 2026.

SO ORDERED, this the 5th day of January, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE