**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TOM WITHERS, III**
  *Plaintiff*,
**v.**             **CASE NO. 1:24-CV-218-SA-RP**
**CITY OF ABERDEEN**
  *Defendant*.

**RESPONSE TO COURT'S ORDER [ECF 115]**
**PROVIDING DOCUMENTATION AND EXPLANATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Kathryn Williams, lead counsel for the City of Aberdeen, and pursuant to this Court's Order [ECF 115], respectfully provides the following documentation and explanation.

**I.  DOCUMENTATION OF CONFLICTING COURT APPEARANCE**

On January 6, 2026, at 10:00 a.m. Eastern Time, undersigned counsel was scheduled to appear for an initial scheduling conference before Magistrate Judge Cari Fais in *Marinesi v. United Airlines Inc.*, Case No. 2:25-cv-04822-MCA-CF, in the United States District Court for the District of New Jersey. *See* Exhibit A (Letter Order Setting Scheduling Conference). As stated in Counsel's Motion for Leave to Appear by Videoconference [ECF 114], undersigned counsel had a previously scheduled federal court appearance on January 6, 2026. The scheduling conference in the New Jersey matter was set via video conference (Microsoft Teams). *Id*.

**II.  EXPLANATION FOR DELAY IN SEEKING RELIEF**

Counsel acknowledges that this Court's Notice of Hearing [ECF 111] was entered on December 10, 2025, and that the Motion for Leave [ECF 114] was not filed until January 1, 2026. Counsel respectfully offers the following explanation:

First, upon receiving the Order to Show Cause, counsel's immediate priority was preparing a thorough and substantive written response addressing the Court's concerns regarding the citation

errors. Counsel devoted significant time during the period following December 10, 2025 to researching, verifying replacement authorities, and drafting corrected memoranda. This substantive work took precedence over logistical matters.

Second, the intervening holiday period—including Christmas Eve, Christmas Day, and New Year's Day—limited counsel's ability to coordinate with opposing counsel in the New Jersey matter regarding potential rescheduling of the January 6 conference.

Third, counsel initially explored whether travel logistics could accommodate both appearances. Given that the New Jersey conference was scheduled via video conference at 10:00 a.m. Eastern (9:00 a.m. Central), and this Court's hearing was scheduled for 1:30 p.m. Central in Aberdeen, counsel considered whether it was possible to complete the New Jersey conference remotely and then appear in person in Aberdeen. Upon further analysis, counsel concluded that the travel distance from Houston to Aberdeen—with no commercial air service to Aberdeen— made this impracticable given the risk of delays.

Counsel accepts full responsibility for not raising this conflict sooner and apologizes for any inconvenience to the Court.

## III. CURRENT STATUS

Counsel is grateful for this Court's accommodation in rescheduling the hearing to January 20, 2026. Counsel confirms that she has no conflicts on that date and will appear in person at Courtroom 1, 301 West Commerce Street, Aberdeen, Mississippi, at 2:30 p.m. as ordered.

WHEREFORE, undersigned counsel respectfully submits this response and documentation as ordered by the Court.

Respectfully submitted,

DANIEL WILLIAMS & ASSOCIATES PLLC

*/s/ Kathryn Williams*
Kathryn Williams
k.williams@danielwilliamslaw.com
2201 Hermann Drive
Houston, Texas 77004
T: 713.229.9997
F: 281.501.6777
*-and-*
*/s/ Mark McClinton*
Mark Coleman McClinton
Russell & McClinton, PA
100 E. Main Street
New Albany, MS 38652
mcclintonlaw@gmail.com
**ATTORNEYS FOR
THE CITY OF ABERDEEN**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I served a copy of the above and foregoing on counsel of record for Plaintiff via the Court's CM/ECF filing system.

*/s/ Kathryn Williams*
Kathryn Williams