IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOM WITHERS, III                                                    PLAINTIFF

v.                                                   CIVIL ACTION NO. 1:24-CV-218-SA-RP

CITY OF ABERDEEN                                                    DEFENDANT

ORDER

This matter comes before the Court on its own initiative. On December 10, 2025, this Court entered an Order to Show Cause directing all attorneys of record in this case to show cause as to why the Court should not impose sanctions against them for submitting legal memoranda containing fictitious legal authority. A show cause hearing in that regard was held on January 20, 2026, and all attorneys of record were in attendance.

Given the pending sanctions issue, this case is hereby STAYED until further order of the Court. The final pretrial conference scheduled on February 19, 2026 and trial scheduled on March 23, 2026 are hereby cancelled and will be rescheduled at a later time.

The following pending motions are hereby TERMINATED: (1) Plaintiff's Motion for Summary Judgment [76], (2) Defendant City of Aberdeen's Motion for Summary Judgement [98], and (3) Defendant City of Aberdeen's Motion Challenging the Reasonableness of Plaintiff's Notice of Submission of Accounting of Attorney's Fees and Expenses [103]. Once the Court resolves the sanctions issue, the parties will be provided with the opportunity to renew the motions if appropriate.

SO ORDERED, this the 4th day of February, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE