IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOM WITHERS, III — PLAINTIFF

v. — CIVIL ACTION NO. 1:24-CV-218-SA-RP

CITY OF ABERDEEN — DEFENDANT

ORDER

On June 8, 2025, the Court entered a Sanctions Order [123], which directed the former attorneys of record to immediately provide the Court with mailing addresses for the litigants in this case. Plaintiff's counsel promptly did so; however, the Court has received no information on the part of Defendant, City of Aberdeen. The Court hereby directs Kathryn Y. Williams and/or Mark McClinton to immediately provide a mailing address for the Defendant, City of Aberdeen, no later than seven (7) days from the date of this Order. The same shall be provided via email to Judge_Aycock@msnd.uscourts.gov.

SO ORDERED, this the 6th day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE