IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOM WITHERS, III PLAINTIFF

v. CIVIL ACTION NO. 1:24-CV-218-SA-RP

CITY OF ABERDEEN DEFENDANT

ORDER TO SHOW CAUSE

On June 8, 2026, the Court entered a Sanctions Order [123], which imposed, among other sanctions, monetary fines against the former attorneys of record in this case. The Court ordered the attorneys to pay their respective fines to the registry of this Court within 30 days from the date of that Order [123], and the deadline to do so expired on July 8, 2026. To date, all attorneys have submitted payment of the fine with the exception of attorney Kathleen M. Wilson. Wilson has not requested any time extension and has failed to otherwise explain to the Court the reason for her failure to pay.[1]

The Court hereby directs Wilson to show cause as to why this Court should not hold her in contempt for her failure to pay the fine previously imposed. She is directed to submit a response in this regard within 14 days from the date of this Order. Because Wilson is no longer listed as counsel of record on the docket in this case, the Clerk of Court is directed to email a copy of this Order to Wilson, as well as mail a copy of it via certified mail to the address previously listed on the docket. Wilson shall email her Response as a PDF attachment to the undersigned at Judge_Aycock@msnd.uscourts.gov. Again, the Court specifically advises Wilson that, should she fail to comply, the Court may institute contempt proceedings against her.

SO ORDERED, this the 14th day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE

[1] Wilson also has not submitted to the Court proof of attendance of a CLE on artificial intelligence with an ethics component as ordered; however, her deadline to comply with that directive has not yet expired.