IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOM WITHERS, III PLAINTIFF

v. CIVIL ACTION NO. 1:24-CV-218-SA-RP

CITY OF ABERDEEN DEFENDANT

ORDER

In its Sanctions Order [123] issued on June 8, 2026, the Court disqualified counsel for both parties to this litigation and directed that "[o]n or before August 7, 2026, new counsel shall enter an appearance." [123] at p. 22. Withers complied with this directive, as new counsel entered an appearance on his behalf on July 31, 2026. *See* [128].

On August 13, 2026, Walter Zinn, Esq. entered an appearance in the case and filed a Motion for Extension of Time [131]. In that Motion [131], Zinn advises the Court that he serves as City Attorney for the City of Aberdeen and seeks an extension of time on the City's behalf so that it can obtain new counsel. Notably, Zinn previously represented the City in this case and was the subject of a Motion to Disqualify [49] filed by Withers' previous counsel. The premise of that request was that Zinn is a potential material witness in the case. The Court did not substantively rule on that Motion [49] because the City retained new counsel.

Setting aside that issue, the Motion for Extension of Time [131] provides no explanation as to why the City of Aberdeen failed to comply with the Court's previous deadline.

Nonetheless, the Court will grant a brief extension. The City of Aberdeen's deadline to have new counsel (other than Zinn) enter an appearance on its behalf is hereby extended until August 31, 2026. Should the City of Aberdeen not have new counsel enter an appearance on its behalf by that date, its Answer [95] *will* be stricken and default *will* be entered against it.

Furthermore, after receiving a copy of this Order, Zinn shall file a formal request to withdraw as counsel.

SO ORDERED, this the 17th day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE