IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOM WITHERS, III PLAINTIFF

v. CIVIL ACTION NO. 1:24-CV-218-SA-RP

CITY OF ABERDEEN DEFENDANT

ORDER

On July 14, 2026, this Court entered an Order to Show Cause [126] directing attorney Kathleen M. Wilson to show cause as to why this Court should not hold her in contempt for her failure to pay the fine previously imposed in the Court's Sanctions Order [123]. Wilson timely submitted her response to the Court's Order [126] via email as directed by the Court.

Having considered that response and her explanations pertaining to the delay in payment, Wilson's request for additional time to comply with the Court's directives is hereby granted. Wilson shall have until September 16, 2026 to (1) pay the monetary fine previously imposed in the Court's Sanctions Order [123], and (2) submit proof of attendance of a CLE on artificial intelligence with an ethics component.

SO ORDERED, this the 17th day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE